1  Your name:  Rian Waters

2  Address: ████████████

3  _____

**FILED**

FEB 1 4 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Redacted

4  Phone Number: (530) 739-8951

5  Fax Number:_____

6  E-mail Address: WatersRian@gmail.com

7  Pro Se   Plaintiff

8  ### UNITED STATES DISTRICT COURT

9  ### NORTHERN DISTRICT OF CALIFORNIA

10  **San Jose**

11

12  Rian Waters                              Case Number:  C 23 00643

13            Plaintiff(s),                                                        NC

14        vs.

15  Meta Platforms INC                    **VERIFIED COMPLAINT**

16  Aidan Kearney

17                                         No Jury Demand

18            Defendant(s).

19

20

21

22  ### I.  Introduction

23    1. On November 19th, 2021, Facebook's codefendant, Aidan Kearney, created a fake

24  copy of my Facebook profile and conspired in a Facebook group chat to frame me for

25  sending him threats to rape and murder his children in attempt to obstruct a First Circuit

26  case, Waters v. Facebook, Inc., et al. (21-civil-01582)

27

28

Verified Complaint

BY FAX

2. On November 23rd, 2021, Kearney filed for a malicious harassment order, presented fabricated evidence, and on December 1st, 2021 Kearney committed perjury in an attempt to get me in trouble for the threats that he knew I did not send.

3. One of Kearney's accomplices gave me screenshots indicating that Kearney orchestrated a conspiracy to make it look like I sent the threats in a Facebook group chat titled #BlogDat.

4. As a result of Facebook's refusal to investigate or confirm the evidence of their codefendant's conspiracy, Kearney threatened and extorted the witness on several occasions, and admitted his harassment was because she shared the group chat messages.

5. Facebook employees previously had meetings with Kearney, and Facebook was legally aware of Kearney's aims, tactics, and conspiratorial history, and yet Facebook gave Kearney special privileges that made his accounts more weaponized, and they took actions to suppress evidence of the November 19th conspiracy.

## II.    Parties

**Plaintiff**

6. Rian Waters, I did not renew my driver's license because it is too dangerous for me to tell Kearney where I am living. I have been using an address in Massachusetts.

**Defendants**

7. Meta Platforms INC. (hereon "Facebook" or "FB") has headquarters in San Mateo County California and owns and operates Facebook.

8. Aidan Kearney lives in Massachusetts.

## III.    Jurisdiction and Venue

9. This Court has federal question subject-matter jurisdiction pursuant to 28 U.S.C. § 1331, because this action is brought under 42 U.S.C. § 1985 and 42 U.S.C. § 1986

10. Venue is proper in this District under 28 U.S.C. § 1391(b)(2), because the Defendant business is headquartered in and operates out of Menlo Park, which is located in this District.

## IV.    FACTS

Verified Complaint

**Facebook Facts**

11. Kearney claimed in his book, "I am Turtleboy" (2018) that he discussed paying for a guarantee that his profiles wouldn't get banned with Facebook employees Phil Perry and Nick Marquez.

12. The Wall Street Journal released documents leaked from Facebook showing that FB allows certain users to post violations to community standards and/or laws with impunity.

13. On several occasions including but not limited to September 14th, 2021, and September 16th, 2021, Kearney posted with his Facebook profile "Clarence Woods Emerson," screenshots showing that Facebook was allowing him to post after they told him he was suspended from posting for breaking Facebook's community standards.

14. On or about December 11st 2021 Kearney told his inner circle that he was posting from another Facebook account because Facebook was preventing him from posting with Clarence Woods Emerson on his computer, although Kearney claimed Facebook was still letting him use the Clarence Woods Emerson account from other devices.

15. Facebook was a codefendant with Kearney in Waters v. Facebook, Inc., et al. (21-civil-01582)

16. On November 19th, 2021, I emailed screenshots of the fake copy of my Facebook profile, and the fake threats to the lawyers that were representing Facebook in First Circuit case 21-1582, and I asked them to investigate "who created this account and sent these threats. I will contact US Marshalls as soon as possible." Facebook never responded.

17. On or about November 24th, 2021, the night before Thanksgiving, Facebook deleted my account preventing me from getting evidence of the fake profile that I had reported, and evidence that Kearney's crimes were in response to my comments that I planned on using the evidence in federal court.

18. In Kearney's book "I am Turtleboy" he describes how he is dependent on Facebook for growth and recruiting. Kearney has shown several times that he gets ~ 90% of his traffic from Facebook.

Verified Complaint

19. On or about December 8th, 2021, Kearney told his followers online that he is dependent on Facebook. ("We would not be here without Facebook")

20. Kearney has threatened my past roommates using Facebook, which paired with his access to the state's registry information (that he gets through Facebook) prevented me from renewing my driver's license.

21. Facebook filed an opposition to my motion for an investigation into the November 19th conspiracy when a 2 minute investigation would have uncovered the conspiracy.

22. Facebook was legally made aware and with reasonable diligence should have confirmed that Kearney's conspiracies were dependent on their facilities, and that Kearney's organization conspired in Facebook groups. (SAC 74)

23. Facebook was legally aware and with reasonable diligence should have confirmed that Kearney had a "plethora" of fake Facebook profiles to hide his internet activities, and that he encourages his followers to do the same. SAC  77

24. Facebook was legally made aware and with reasonable diligence should have confirmed that Aidan Kearney used the following personal Facebook accounts for commercial public shaming; "Clarence Woods Emerson", "Uncle Turtleboy - Aidan Kearney", and "Terrance Collie." VC 17 and that Kearney was flagrantly breaking several rules that were made for safety. 15-21 VC

25. Facebook was legally aware that Kearney had promised to harass anyone that hired or worked with me. SAC 52

26. Facebook was legally made aware that Kearney had proudly "weaponized" their platform, and that a week after Kearney found out about the federal lawsuit, he stated, "I want to make sure the message is sent here, if you **** with me, if you try to sue me, I'm not going to go after you, I'm going to go after your f****** family." "When general Sherman marched to f****** Atlanta he lit everything on fire, f****** everything, men women children dogs everything ******* burns until you surrender, that's how it ******* works, if you want to declare war, then people ******* die in war including civilians. When we bombed Hiroshima and Nagasaki we knew that a bunch of *******

Verified Complaint

kids women are gonna die in that too, to \*\*\*\*\*\*\* bad, then \*\*\*\*\*\*\* surrender, \*\*\*\*\*\*\* surrender, and then they finally surrendered didn't they, that's what you gotta do, unfortunately there is collateral damage." SAC 79

27. Facebook was legally made aware that Kearney gets pleasure conspiring against plaintiffs and witnesses. SAC 78

28. Facebook was legally aware that Aidan Kearney had encouraged threats by misrepresenting details of court proceedings and liking threats of violence. SAC 123

**November 19th conspiracy and threats**

29. On November 19th, 2021, Kearney was placed in default in the First Circuit 21-1582 for not filing an appellee brief.

30. On November 19th, 2021, Kearney got served with a motion to attach his bank account for MA state case 1879CV0344, which included a note from my old therapist stating that Kearney's harassment stressed my adjustment disorder causing preoccupation and sleep disturbances.

31. Kearney uploaded my motion signed by the sheriff into his Facebook group chat "#BlogDat" exactly 34 minutes after the sheriff left his house.

32. On November 19th, 2021, Kearney told his inner circle that "he [(Rian Waters)] knows that in order to win a lawsuit against me [(Kearney)] he needs to prove I caused him to have a disorder."

33. On November 19th, 2021, Kearney had a member of his "inner circle" Cris Gagne, publicly identify my therapist's new name on his weaponized public shaming Facebook profile Clarence Woods Emerson.

34. At or around 6pm on November 19th, 2021, I replied to Cris Gagne's comment identifying my therapist, and stated that I intended to use the comment thread and any resulting threats to show the courts why Kearney's Facebook profiles need to be unpublished.

Verified Complaint

35. At around 9:50 pm on November 19th, 2021, Kearney created a fake Facebook account in my name and wrote rape and death threats in my name directed at himself on the Clarence Woods Emerson Facebook page threatening to harm his own children.

36. On November 20th, 2021, Aidan Kearney publicly accused me of sending the November 19th threats on YouTube.

37. Aidan Kearney looked excited and happy while he talked about the threats directed at his children.

38. Kearney was one of four members in a Facebook group named #BlogDat, and the alias he used was a Facebook profile named "Clarence Woods Emerson." (identified by Holden police, incident # 2101-711-OF)

39. The BlogDat screenshots are admissible as evidence under hearsay exception 801(d)(2)(E)

40. On or around January 3rd, 2022, Kearney told the Holden Police that he was the only person with access to his public shaming Facebook account, Clarence Woods Emerson. (2101-711-OF pg. 5 at 1)

41. Kearney privately asked his accomplices in the Facebook group chat #BlogDat to privately send him screenshots of the fake threats.

42. Kearney knew when the fake profile got reported, and he was worried his plan failed after I reported the account and Facebook shut it down. But a member of Kearney's inner circle Cris Gagne, told the group that he already got screenshots of the threats.

43. According to Kearney the fake profile was up for about 15 minutes before someone reported it, and coconspirator Laura hakes correctly presumed it was me.

44. At Kearney's direction, another conspirator turned witness Cristina Yakimowsky, sent Gagne's screenshots of the threats to Kearney from multiple Facebook profiles.

45. On November 23rd, 2021, Kearney filed for a malicious harassment order in Leominster District Court. (2161RO358) Kearney and I had a hearing for the matter on December 1st, 2022.

46. On either November 23rd, 2021 or December 1st, 2021, Aidan Kearney presented evidence that he knew to be fabricated in attempt to convince the judge that I threatened to rape and murder his children.

47. On December 1st, 2021, Aidan Kearney committed perjury by telling the judge that he was sure that the fake threats (that he sent) were sent by me because when he clicked on the threats they led to my profile with our past messages.

48. As I kept pressing to get the threats investigated, Cristina Yakimowsky was getting nervous because Kearney made her "an accomplice once again."

49. Kearney tried to keep his conspirators abreast by telling them that there was nothing to worry about because "I'm the one who did it."

50. On January 9th, 2022, Katherine Peter published screenshots of Kearney's #BlogDat group chat from Cristina Yakimowsky's prospective, and they showed that Kearney tried to frame me for threatening his kids.

https://www.massholereport.com/2022/01/09/turtleboy-lies-about-hacking-to-cover-up-his-own-misdeeds/

51. Cristina Yakimowsky told the Holden police that she shared the evidence because she did not like Kearney hurting people. (2101-711-OF pg. 3 at 2)

52. On January 15th, 2022, Kearney told his followers that he found out someone was leaking messages from his group chat, and he threatened and extorted Cristina Yakimowsky on Facebook. The video has been deleted, but I have it recorded. In the video Kearney stated;

    a.   There might be some shots at me in there, I will survive, but you won't, you're gonna go to jail, you're gonna lose your fiancé over this…. What you're doing right now, you're not thinking, you are being self-destructive… but you don't have to lose your fiancé…"

    b.   "I hope she is scared because she should be, cause did you forget who the f*** I am, and what the f*** I could do? Did you Hun? Did you? Are you shiting your pants yet? Because you should be. What on earth would make

Verified Complaint

you think, because you knew I was going to find out, when the screenshots came out and they're from your perspective…"

    c. "You wanted to f*** with me? Did you forget who the f*** I am? Did you? Because I am going to remind you. Did you think [releasing screenshots] this would kill me, cause it aint"

    d. "The other people I that I have gone to war with they have nothing to lose, you have a lot to lose, you own a business… you live in a $600,000 house in Oxbridge, you have a fiancé who does not know that we talk. He is not going to like to see the messages…"

    e. "I am going to still give you a chance to get out of this, you can call me whenever you want, if you don't, February 17th I will be there at your court date."

53. On January 20th, 2022, Kearney punished Cristina Yakimowsky by publishing screenshots of the #BlogDat group chat proving he conspired with her on Facebook to commit witness intimidation against the alleged victim in her state criminal court case.

**June 18th threats**

54. On June 10th, 2022, Kearney posted a picture of one of my motions in 1879cv0344 identifying Cristina Yakimowsky as a witness and he directed his followers on Facebook to harass her and her company.

55. On June 17th, 2022, in Milford Mass. District Court (1966CR1686) Kearney testified against Cristina Yakimowsky stating under penalties of perjury that Yakimowsky "worked" for him and that she was "an active participant" with his blog for over two years.

56. On June 17th, 2022, Kearney was served with a witness subpoena to appear on June 28th, 2022, for a hearing on a motion for sanctions and or default (1879CV0344)

57. On June 18th, 2022, Aidan Kearney hosted a video on YouTube titled "Ep #493 – Worcester Softball Mom | Easton Trump Store Attack | Drag Queen | Is Crissy Going to

Verified Complaint

Jail?" which can be found here https://youtu.be/85Ch9_jAGG8?t=7676 In the video
Kearney said;

    a.  "I don't know why you thought this was a smart idea, Chrissy, because you
        know me, and you know what I do, and you know I'm not gonna rest, you
        know that right, like you own a business, I am speaking to Chrissy right now
        cause I know she's listening. So, you a business, you have couple kids or
        whatever, and a family and it's called Royal Thermal View, did you think I
        wasn't gonna make it like my mission to take all that away from you? Did
        you think that?"

    b.  "Yeah Chrissy, you are going to – – I am never going to stop until you are
        destitute, until you are in jail. I'm not going to break any laws to do it. I'm
        not going to threaten you, I'm just going to do what I always do, I am going
        to remind you every ******* day, when you're alone, and sad, and crying,
        that you were the dumbest ******* person, who made the biggest mistake of
        your life when you decided to f*** with me, me of all people, me the most
        vindictive **** on the planet, and you're like I'm gonna go f*** with that
        guy. That's a mistake girl, cause where is crusty panties? She's not protecting
        you anymore…"

    c.  Your business is going to severely suffer from this, when I contact every
        single one of your customers and let them know that — any conversation that
        they have with you on the phone was likely recorded. Because that's what
        you are, you're a convicted wiretapper and your lawyer has, you're gonna
        lose your lawyer now too, you are losing everyone, cause that's what I do to
        people, Chrissy, who **** with me, and maliciously, I don't take it on the
        chin, I'm not one of those people that just moves on, I'm a vindictive ****.
        And I'm not gonna stop, we're just beginning here. I'm not gonna stop
        destroying your life, just destroying it, like I am gonna take everything away
        from you that you love, I want you to feel as low as I did in early January

when I found out that you betrayed me. I want you to feel that pain, and you're gonna feel it."

d. "I will not stop until you beg for mercy, and then I'm going to do it twice as much, you're gonna feel the way I felt when I was in my garage when I wanted to kill myself."

**First Circuit case 0:21-civil-01582**

58. Case was filed: Jul 30, 2021

59. The First Circuit defaulted Kearney on November 19th, 2021, for not filing an appellee brief.

60. On December 8th, 2021, I filed a motion in the First Circuit for an injunction pending appeal, and a motion for a short extension for the time to file the reply brief, and as reason I noted that preoccupation with the November 19th conspiracy made it impossible to think about the merits.

61. On December 16th I filed a motion in the First Circuit for an investigation into the November 19th conspiracy using inherent power.

62. On December 23rd, 2021, the First Circuit dismissed the appeal without oral argument, and denied the just mentioned motions without any reason.

63. The First Circuit denied rehearing on February 14th 2022.

**Supreme Court case 22-5133 Rian G. Waters, Petitioner V. Facebook, Inc., et al.**

64. On April 27, 2022, I filed an application (21A679) to extend the time to file a petition for a writ of certiorari from May 15, 2022, to July 14, 2022, submitted to Justice Breyer.

65. On May 3rd, 2022, my application (21A679) was granted by Justice Breyer extending the time to file until July 14, 2022.

66. On July 14th I filed a Petition for a writ of certiorari in the Supreme Court primarily focusing on addressing fundamental due process issues and asking the court to investigate the obstruction (including the June 18th threats), rather than addressing the merits.

67. On September 28th, 2022, the Supreme Court denied the petition without reasoning.

Verified Complaint

**Additional conspiracy facts**

68. On September 24th, 2020, while being interviewed Kearney says that his followers have a pack mentality, and that he knows when he hits publish on Facebook there will be an immediate effect on the person that was written about and that there will then be a large group of people that will go to that person.

69. On Aug 8, 2019, while raising funds at a conservative fundraiser Kearney boasted that he has weaponized public shaming and used it as a deterrent to rachet public behavior. Speech is titled. "Turtleboy is a wartime conservative."

70. On November 7th, 2021, Kearney said, "People don't like victims, they like winners. They like people who punch the cancel mob in the face instead of playing defensive. What your fans want is for you to sink to your enemy's level. That's the Turtleboy philosophy at least. Principles get you nowhere against these people they want to make you destitute and harm your families and for that they must be destroyed, nothing is off limits. Find out everything about them. Learn what their vulnerabilities are. Attack that. Don't even go after them go after their employers, friends, and people they love. Those unrelated parties won't want to deal with it and will begin to pressure them to stop. Ruin their lives as best as you can and make them regret the day, they ever thought it was a good idea to poke you."

71. On, December 8th, 2021, Kearney explained that the reason he is unable to let Turtleboy end, is because he created Turtleboy and used it to destroy so many lives, and that he would never be able to have a job outside of Turtleboy as his victims would do to him what Turtleboy did to them.

### V.    Claims

**COUNT I : 42 U.S.C. 1985(2) Conspiracy to intimidate witness Federal proceeding**

72. Plaintiff realleges and incorporates by reference all prior and subsequent paragraphs as if fully incorporated herein.

73. Kearney conspired to hamper my ability to present an effective case in federal court (First Circuit 21-1582) by trying to frame me for threatening to rape and murder his

Verified Complaint

children with Cristina Yakimowsky, Laura Hakes, and Cris Gagne ("conspirators") in a Facebook group titled "#BlogDat."

74. I believe and allege that on November 19th, 2021, Kearney created a fake copy of my Facebook account and sent threats to rape and murder his children.

75. Kearney privately sent his conspirators screenshots of the fake threats and asked his coconspirators to privately send him screenshots of the fake threats so he could use them and act like he found the threats innocently.

76. On November 20th, 2021, Aidan Kearney publicly accused me of threatening to rape and murder his children in attempt to spoil the well and impair my ability to litigate.

77. Kearney was legally aware that his harassment caused me to have an adjustment disorder, and he implied to his coconspirators that the threats were intended to trigger my adjustment disorder.

78. Cristina Yakimowsky joined the conspiracy by sending Kearney screenshots of the fake threats and criticizing Kearney's use of his real address in the threats, and suggesting that he should inform the other conspirators earlier next time.

79. On December 1st, 2021, Aidan Kearney submitted to the court Yakimowsky's screenshots of the threats that he knew to be fabricated with intent to intimidate witnesses and hinder my ability to present an effective case in the First Circuit.

80. The November 19th threats hampered my ability to present an effective case in federal court by causing significant preoccupation preventing me from being able to focus on the reply brief and get reasonable sleep at night.

81. A conspiratorial agreement between Kearney and Facebook can be inferred because Kearney discussed paying to not have his account suspended with two Facebook employees, and then Facebook emboldened Kearney by allowing him to continue to post after his accounts were suspended.

82. Facebook knew Kearney's conduct constitutes a breach of duty and Facebook continued to give substantial assistance and/or encouragement.

83. With consideration to the surrounding circumstances and timing, Facebook's decisions to delete my Facebook account, and decision to oppose investigations into Kearney's heinous crimes justifies an inference of agreement and complicity.

84. Facebook showed deliberate indifference to constitutional rights, as they had ample time to correct or prevent the continued damage of the conspiracies, yet Facebook keeps doubling down on protecting the conspiracy.

85. Kearney's acts caused mental anguish and community intimidation by confirming that it was too dangerous to have witnesses without protection.

86. The Defendants' acts critically stressed my adjustment disorder making me unable to work, eat, or sleep in a reasonable fashion.

**COUNT II: 42 U.S.C. 1985(2) Conspiracy to intimidate witness Federal proceeding**

87. Plaintiff realleges and incorporates by reference all prior and subsequent paragraphs as if fully incorporated herein.

88. On June 18th, 2022, Kearney conspired to hamper my ability to present an effective case in federal court (U.S. 22-5133 Rian G. Waters, Petitioner V. Facebook, Inc., et al.)

89. Kearney's June 18th threats are like a dog whistle for his followers, and with a unity of purpose and understanding Kearney intentionally sent the threats to incite his followers to cause harm.

90. Kearney's June 18th, 2022, threats prevented me from focusing on, and fairly addressing the merits of my Petition for a writ of certiorari.

91. No court or party has ever provided an intelligible reason for denying the 42 U.S.C. 1985 claim in that case, if it was safe for me to have an attorney or witnesses, I undoubtedly would have won.

92. Preoccupation with Kearney's June 18th, 2022, threats caused physical harm and mental anguish by preventing me from reasonably sleeping, eating, working, and enjoying the blessings of life.

**COUNT III: 42 U.S.C. 1986 Neglect to prevent witness intimidation conspiracy**

Verified Complaint

93. Plaintiff realleges and incorporates by reference all prior and subsequent paragraphs as if fully incorporated herein.

94. Facebook was made legally aware of their codefendants' toxic background and the details of the November 19th, 2021, and other 42 usc 1985 conspiracies through their attorneys.

95. With reasonable diligence Facebook could have uncovered the November 19th conspiracy and stopped its effects, and disincentivized Kearney's retaliation before the conspiracy caused significant harm.

96. Facebook could have prevented Kearney's conspiracies by not giving Kearney special privileges to post more toxic stuff than normal people without consequences.

97. Facebook could have prevented significant harm to me and my witnesses if they confirmed Cristina Yakimowsky's evidence was genuine. Kearney would not of had an incentive to extort, threaten, or try to "destroy" Cristina Yakimowsky if Facebook exercised reasonable diligence.

98. My life would not have been consumed with holding Kearney accountable for his crime if Facebook used reasonable diligence.

99. Preoccupation with Kearney's threats caused physical harm and mental anguish by preventing me from reasonably sleeping, eating, working, and enjoying the blessings of life.

## VI.    Requests for relief

100. Compensatory damages for case obstruction, liberty oppression, mental anguish, and emotional distress, with punitive damages.

101. Alternatively, nominal damages with punitive damages.

## VII.    Verification

102. I pro se Plaintiff Rian Waters, verify that all facts in the complaint are true and accurate under the pains and penalties of perjury.

/S/ Rian Waters

(530)739-8951    Watersrian@gmail.com   Dated: 2/14/2022

Verified Complaint