UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAN WATERS,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., and others,<br><br>    Defendants. | Case No. 23-cv-00643-NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE SAN FRANCISCO OR OAKLAND DIVISION**<br><br>Re: ECF 1 |

Plaintiff Rian Waters filed a complaint, alleging various violations of federal witness intimidation statutes, against Defendants Meta Platforms, Inc. ("Meta") and Aidan Kearney. ECF 1. The Court ORDERS Waters to show cause as to why this matter should not be transferred to the San Francisco or Oakland Division of the Northern District of California pursuant to Civil Local Rule 3-2

A civil action may be brought before a district court in the judicial district where "a substantial part of the events . . . giving rise to the claim occurred." 28 U.S.C. § 1391. Civil Local Rule 3-2(c) provides that cases not designated as district-wide pursuant to General Order No. 44 must be assigned "to the court division serving the county in which the action arises." The rule continues that "all actions that arise in the count[y] of San Mateo . . . shall be assigned to the San Francisco or the Oakland Division." Civil L.R. 3-2(d).

In the complaint, Waters alleges Defendant Meta "has headquarters in San Mateo County California." ECF 1 ¶ 7. Accordingly, Waters is ORDERED TO SHOW CAUSE as to why this action should not be transferred to the San Francisco or Oakland Division since his injuries purportedly occurred within that Division's jurisdiction. Plaintiff must show cause in writing by February 28, 2023. Because Waters is not represented by counsel, he may wish to seek assistance from the Federal Pro Se Program by calling 408-297-1480.

**IT IS SO ORDERED.**

Dated: February 14, 2023   _____
NATHANAEL M. COUSINS
United States Magistrate Judge