UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAN WATERS,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS INC., et al.,<br><br>        Defendants. | Case No. 23-cv-00643-YGR (RS)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Plaintiff has filed an "emergency motion" for reconsideration of the omnibus order denying injunctive relief, dismissing this action with prejudice, and entering judgment.[1] Dkt. 22. The motion is denied. Even if Plaintiff intends to challenge only conduct in his prior federal actions (a notion that was not clear on the face of the Complaint), and thus was not required to allege class-based animus, the Complaint nonetheless fails to state a § 1985(2) claim. None of Plaintiff's other arguments are persuasive, and he has thus failed to clear the "high hurdle" to show that alteration of judgment is warranted under Rule 59(e). *Weeks v. Bayer*, 246 F.3d 1231, 1236 (9th Cir. 2001).

**IT IS SO ORDERED**.

---

[1] This order is being entered by the undersigned as a result of having been the Duty Judge that entered the omnibus order during the temporary unavailability of the assigned Judge. Any other pending motions in this case must hereafter be addressed to the assigned Judge.

Dated: May 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge